EXHIBIT 1

RECEIVED
VENTURA SUPERIOR COURT
12/29/23

Electronically FILED by Superior Court of California County of Ventura 12/29/2023 Brenda L. McCormick Executive Officer and Clerk Hannah Cress Deputy Clerk

Trevor M. Quirk, Esq. (SBN: 241626)
TQ@QLFLAW.COM
Aletheia Gooden, Esq. (SBN: 228750)
ASG@QLFLAW.COM
Leonidas Nicol, Esq. (SBN: 309190)
LN@QLFLAW.COM
Marc Anderson, Esq. (SBN: 172306)
MDA@QLFLAW.COM
**QUIRK LAW FIRM, LLP**
877 S. Victoria Ave., Suite 111
Ventura, CA 93003
Telephone: (805) 650-7778
Facsimile: (866) 728-7721

*Attorneys for Plaintiff, Erika Cervantes*

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF VENTURA**

| | |
|---|---|
| ERIKA CERVANTES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a corporation, DOES 1 through 0 and ROE Corporations 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2023CUPP018142<br><br>Unlimited Jurisdiction<br><br>**PLAINTIFFS' COMPLAINT FOR DAMAGES FOR:**<br><br>1. **NEGLIGENCE** |

Plaintiff, ERIKA CERVANTES ("PLAINTIFF"), by and through Plaintiff's attorneys, as and for a Complaint against Defendants, and each of them, alleges:

**GENERAL ALLEGATIONS**

1. All allegations of the Complaint are based on information and belief and are likely to have evidentiary support after a reasonable opportunity for investigation and discovery.

2. At all times herein mentioned, Plaintiff was and is a resident of the County of Ventura, State of California.

///



Ventura Superior Court Accepted through eDelivery submitted 12-29-2023 at 09:52:00 AM

CASE #:2023CUPP018142 RECEIPT #: 1231229D175580 DATE PAID : 12/29/23 11:42 AM TOTAL : 435.00 TYPE : EFT

1-4-2024 211304H0001 6020240104010748

Ventura Superior Court Accepted through eDelivery submitted 12-29-2023 at 09:52:00 AM

CASE #:2023CUPP018142 RECEIPT #: 1231229D175580 DATE PAID : 12/29/23 11:42 AM TOTAL : 435.00 TYPE : EFT

3. Plaintiff is informed and believes, and based upon such information and belief alleges that at all times herein mentioned, Defendant TARGET CORPORATION ("TARGET") was and is a California corporation, form unknown.

4. At all times herein mentioned, Defendants TARGET, Does 1-10 and Roe Corporations 1-10, and each of them, were the possessors, controllers, managers, designers, maintainers, inspectors, supervisors and owners of the premises and its appurtenant part, commonly known as TARGET, located at 4200 E. Main Street, in the County of Ventura, State of California ("STORE").

5. On or about November 15, 2023, PLAINTIFF was a customer/invitee at the STORE when she unwittingly stepped on a foreign substance causing PLAINTIFF to slip and fall and causing PLAINTIFF personal injuries.

6. On the above date and time, PLAINTIFF was a customer invitee on Defendant's, and each of their, premises.

7. The true names and capacities, whether individual, corporate, associate or otherwise, of Defendants named herein as Does 1 through 10 and Roe Corporations 1 through 10 are unknown to PLAINTIFF, who therefore sues such Defendants by such fictitious names and will amend this Complaint to show their true names and capacities when ascertained together with the proper charging allegations.

8. At all times herein mentioned, Defendants Does 1 through 10 and Roe Corporations 1 through 10, inclusive, were the agents, servants and employees of their co-Defendants, and in doing the things hereinafter alleged were acting within the scope of their authority as such agents, servants and employees and with the consent and permission of their co-Defendants.

9. PLAINTIFF is informed and believes and thereupon allege that each of the Defendants designated herein as a DOE or ROE is responsible in some manner and liable herein by reason of negligence, malfeasance, nonfeasance, wanton and reckless misconduct, and conscious disregard, and said Defendants directly, legally and proximately caused the injuries and damages asserted in this Complaint by such wrongful conduct.

Ventura Superior Court Accepted through eDelivery submitted 12-29-2023 at 09:52:00 AM

CASE #:2023CUPP018142 RECEIPT #: 1231229D175580 DATE PAID : 12/29/23 11:42 AM TOTAL : 435.00 TYPE : EFT

10. The acts, conduct, and nonfeasance herein carried out by each and every representative, employee or agent of each and every corporate or business defendant, were authorized, ordered, and directed by the respective Defendant's corporate or business employers, officers, directors and/or managing agents; that in addition thereto, said corporate or business employers, officers, directors and/or managing agents had advance knowledge of, authorized, and participated in the herein described acts, conduct and nonfeasance of their representatives, employees, agents and each of them; and that in addition thereto, upon the completion of the aforesaid acts, conduct and nonfeasance of the employees and agents, the aforesaid corporate and business employers, officers, directors and/or managing agents respectively ratified, accepted the benefits of, condoned and approved of each and all of said acts, conduct or nonfeasance of their co-employees, employers, and agents.

11. In addition, at all times herein relevant, each defendant, whether named herein or designated as a DOE or ROE, was a principal, master, employer and joint venturer of every other defendant, and every defendant was acting within the scope of said agency authority, employment and joint venture.

**JURISDICTION AND VENUE**

12. This Court has jurisdiction in this matter pursuant to Code of Civil Procedure section 410.10.

13. Venue is proper in this Court pursuant to the provisions of Code of Civil Procedure sections 395 and 395.5, in that the accident occurred and Defendants' obligations and liability arose in Ventura County, California.

**FIRST CAUSE OF ACTION**

**FOR NEGLIGENCE**

***(Against All Defendants)***

14. PLAINTIFF repeats and realleges the preceding paragraphs as though fully set forth herein.

///



1-4-2024 211304H0001 6020240104010748

Ventura Superior Court Accepted through eDelivery submitted 12-29-2023 at 09:52:00 AM

CASE #:2023CUPP018142 RECEIPT #: 1231229D175580 DATE PAID : 12/29/23 11:42 AM TOTAL : 435.00 TYPE : EFT

15. On or about November 15, 2023, PLAINTIFF was a customer/invitee at the STORE when she unwittingly stepped in a foreign substance causing PLAINTIFF to slip and fall and causing PLAINTIFF personal injuries.

16. At that time and on that date, Defendants, and each of them, negligently owned, possessed, operated, supervised, managed, warned, designed, constructed, controlled, repaired and/or maintained the STORE by, *inter alia*, negligently maintaining the STORE, negligently failing to perform timely inspections, sweeps, cleanings and/or by allowing a foreign substance and dangerous condition to remain on the STORE's premises for an unreasonable period of time.

17. The aforementioned condition was known, or in the exercise of ordinary and reasonable care would have or should have been known, to Defendants, and each of them, in adequate time for a reasonably prudent person to warn of, clean up and make safe, the condition.

18. As a proximate result of the negligence of Defendants, and each of them, PLAINTIFF fell while walking on Defendants', and each of their, premises.

19. As a further and direct result of the negligence of Defendants, and each of them, PLAINTIFF slipped and fell and was injured in PLAINTIFF'S health, strength and activity and sustained injuries to PLAINTIFF'S body and nervous system all of which have caused and continue to cause PLAINTIFF great mental, physical and nervous pain and suffering. These injuries may result in personal and permanent disabilities to PLAINTIFF all to PLAINTIFF'S general damages.

20. As a proximate result of the negligence of Defendants, and each of them, PLAINTIFF necessarily employed physicians and surgeons for medical examination, treatment and care of PLAINTIFF'S injuries and incurred medical and incidental expenses and may have to incur additional like expenses in the future, all in amounts presently unknown to PLAINTIFF, who requests leave of Court to prove that amount at trial.

21. As a proximate result of the negligence of Defendants, and each of them, PLAINTIFF was disabled and may be disabled in the future and thereby be prevented from attending to the duties of PLAINTIFF'S usual occupation. PLAINTIFF has therefore lost

Ventura Superior Court Accepted through eDelivery submitted 12-29-2023 at 09:52:00 AM

CASE #:2023CUPP018142 RECEIPT #: 1231229D175580 DATE PAID : 12/29/23 11:42 AM TOTAL : 435.00 TYPE : EFT

earnings and may continue to lose earnings in the future, all in amounts presently unknown to PLAINTIFF, who requests leave of Court to prove that amount at trial.

WHEREFORE, Plaintiff prays for judgment as follows:

1. For general damages according to proof;
2. For damages for past and future medical expenses according to proof;
3. For loss of earnings according to proof;
4. For costs of suit herein incurred;
5. For such other and further relief as this Court may deem proper.

December 29, 2023

QUIRK LAW FIRM, LLP

By: ______________________

Leonidas Nicol, Esq.
~~Attorney for Plaintiff, Erika Cervantes~~