**QUIRK LAW FIRM, LLP**
Trevor Quirk (SBN: 241626)
Leonidas Nicol (SBN: 309190)
877 S Victoria Ave, Suite 111
Ventura, CA 93003
Tel: (805) 650-7778
Fax: (866) 728-7721

*Attorneys for Plaintiff Erika Cervantes*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA CERVANTES, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION, a corporation, DOES 1 through 0 and ROE Corporations 1 through 50, inclusive,<br><br>    Defendants. | Case No.: 2:24-cv-00891-DSF-E<br><br>**JOINT NOTICE REGARDING SETTLEMENT AND REQUEST TO RETAIN JURISDICTION; ORDER**<br><br>**Judge:**    Hon. Dale S. Fischer |

## NOTICE OF SETTLEMENT

Plaintiff ERIKA CERVANTES, and Defendant TARGET CORPORATION (hereafter the Parties) by and through their counsel of record, hereby notify the Court that the Parties have reached a settlement in the above-entitled matter. The Parties hereby request that the Court vacate all pending due dates and hearings and retain jurisdiction over this case until Defendant can fully perform its duties as required under the settlement agreement. It is estimated that Defendant will fully perform its duties on or around March 17, 2025. Upon Defendant's completion of its duties (as mandated under the settlement agreement) and within two weeks after said completion, Defendant will file with this Court joint notice of dismissal with prejudice

to be signed by counsel for all Parties.

Respectfully Submitted,

DATED: __1/28/2025__   QUIRK LAW FIRM, LLP

By: _____
Leonidas Nicol, Esq.
Attorney for Plaintiff,
Erika Cervantes

DATED:   January 17, 2025   SNYDER BURNETT EGERER, LLP

By: _____
Megan Stone, Esq.
Attorney for Defendant,
Target Corporation

### ORDER

Pursuant to the foregoing Stipulation, and good cause appearing, all dates and hearings are hereby vacated and the Court will retain jurisdiction over this matter for 60 days to allow for Defendant to fulfill its duties under the settlement agreement.

**IT IS SO ORDERED.**

DATED: _____   _____
DALE S. FISCHER, United States District Judge

---

**NOTICE OF SETTLEMENT**

2

**PROOF OF SERVICE**

*Cervantes v. Target Corp.*

**United States District Court, Central District of California, Case No.: 2:24-CV-00891-DSF-E**

I declare that I am over the age of 18 and not a party to this action. My business address is 877 S. Victoria Avenue, Suite 111, Ventura, California 93003.

I served the following document(s):

**NOTICE OF SETTLEMENT**

on the interested parties in this action by placing a true and correct copy of each document thereof, enclosed in a sealed envelope, addressed as follows:

**SEE SERVICE LIST**

[ ] By Mail. I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Ventura, California.

[ ] By Personal Service. I caused the above-referenced document(s) to be delivered by hand to the above addressee(s).

[ ] By Overnight Courier. I caused the above-referenced document(s) to be delivered to an overnight courier service for delivery to the above addressee(s).

[X] By E-mail or Electronic Transmission. Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any indication that the transmission was unsuccessful.

[X] (State) I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on **January 28, 2025** at Ventura, California.

_____
Esteban Minero, Quirk Law Firm, LLP

**SERVICE LIST**

**SNYDER BURNETT EGERER, LLP**
Jessica I. Farley (SB# 280123)
Megan J. Stone (SB# 324041)
5383 Hollister Avenue, Suite 240
Santa Barbara, California 93111
Telephone No.: 805.692.2800
Facsimile No.: 805.692.2801
Via Email: jfarley@sbelaw.com; mstone@sbelaw.com; tbrower@sbelaw.com