**SNYDER BURNETT EGERER, LLP**
**Jessica Farley (SB# 280123)**
**Megan J. Stone (SB# 324041)**
3757 State Street, Suite 2A
Santa Barbara, California 93105
Telephone No.: 805.692.2800
Facsimile No.:  805.692.2801
jfarley@sbelaw.com
mstone@sbelaw.com

Attorneys for Defendant TARGET CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ERIKA CERVANTES, an individual, | Case No. 2:24-cv-00891 DSF (Ex) |
| Plaintiff, | Hon. Dale S. Fischer |
| v. | |
| TARGET CORPORATION, a corporation, DOES 1 through 0 and ROE Corporations 1 through 50, inclusive, | **STIPULATION OF DISMISSAL** |
| | [Filed concurrently with [Proposed] Order] |
| Defendants. | |
| _____/ | |

**TO THE CLERK OF THE ABOVE-CAPTIONED COURT:**

Defendant TARGET CORPORATION and Plaintiff ERIKA CERVANTES, by and through their counsel of record, stipulate as follows, pursuant to Rule 41(a)(1) of the *Federal Rules of Civil Procedure*:

1. This matter may be dismissed with prejudice as to all parties; each party to bear her/its own attorneys' fees and costs.  This stipulation is made as a result of the settlement of the action.

///

///

| | | |
|---|---|---|
| 1 | Dated: February 18, 2025 | QUIRK LAW FIRM, LLP |

_____
By: Leonidas Nicol
Attorneys for Plaintiff ERIKA CERVANTES

Dated: February 18, 2025         SNYDER BURNETT EGERER, LLP

_____
By: Jessica Farley / Megan J. Stone
Attorneys for Defendant TARGET CORPORATION

SNYDER BURNETT
EGERER, LLP
3757 State Street
Suite 2A
Santa Barbara, CA 93105

2
**STIPULATION OF DISMISSAL**