# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ERIKA CERVANTES, an individual, | Case No. 2:24-cv-00891 DSF (Ex) |
| Plaintiff, | Hon. Dale S. Fischer |
| v. | |
| TARGET CORPORATION, a corporation, DOES 1 through 0 and ROE Corporations 1 through 50, inclusive, | **ORDER OF DISMISSAL** |
| | [Filed concurrently with Stipulation] |
| Defendants. | |

After review of the parties' Stipulation of Dismissal and good cause appearing therefor, the Court orders this matter dismissed, with prejudice, each party to bear its own fees and costs.

IT IS SO ORDERED.

Dated: February 18, 2025

_____
Honorable Dale S. Fischer
United States District Judge

1